# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEONTE SPICER, | : | |
| Petitioner, | : | |
| v. | : | No. 4:17-CV-2324 |
| WARDEN DAVID EBBERT, | : | (Judge Brann) |
| Respondent. | : | |

| | | |
|---|---|---|
| DEONTE SPICER, | : | |
| Petitioner, | : | |
| v. | : | No. 4:18-CV-2088 |
| WARDEN BRADLEY, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 13th day of November 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **CONSOLIDATE** *Spicer v. Bradley*, No. 4:18-CV-2088 into *Spicer v. Ebbert,* No. 4:17-CV-2324.

2. The Clerk of Court is directed to **CLOSE** the case of *Spicer v. Bradley*, No. 4:18-CV-2088.

3. The Clerk of Court is directed to serve a copy of the consolidated

petition, as well as this Memorandum Opinion and Order by first class mail on the Respondent and the United States Attorney.

4. Within fourteen (14) days of the date of this Order, Respondent shall file a supplemental response addressing the allegations in the consolidated petition.

5. Petitioner may, if he so desires, file a reply to the supplemental response within fourteen (14) days of its filing.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge